USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSHUA ADAMS,

                Plaintiff,

      v.

GOPHER GROUP LLC and DELICE & SARRASIN LLC,

                Defendant.

22-CV-7004 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

      Plaintiff Joshua Adams initiated this action against Defendants Gopher Group LLC and Delice & Sarrasin LLC on August 17, 2022. On August 30, 2022, Plaintiff filed a First Amended Complaint against both Defendants. On November 28, 2022, Plaintiff dismissed Defendant Gopher Group LLC from the action, but Defendant Delice & Sarrasin LLC remains a party.

      Pursuant to Federal Rule of Civil Procedure 4(m), service of the complaint must be made within 90 days after the complaint is filed. To date, no proof of service has been filed on the public docket. Plaintiff shall file proof of service no later than December 8, 2022. Failure to do so may result in dismissal of this action for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

SO ORDERED.

Dated:    December 1, 2022
             New York, New York

_____
Ronnie Abrams
United States District Judge