UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:
```

| | | |
|---|---|---|
| JOSHUA ADAMS, | | |
| | Plaintiff, | 22-CV-7004 (RA) |
| v. | | ORDER |
| GOPHER GROUP LLC and DELICE & SARRASIN LLC, | | |
| | Defendant. | |

RONNIE ABRAMS, United States District Judge:

On August 24, 2022, the Court ordered the parties to meet and confer within 30 days of service of the summons and complaint in a good-faith attempt to settle this action. The Court further ordered that, within 45 days of service of the summons and complaint, the parties were to submit a joint letter requesting either (1) referral to mediation or a magistrate judge for settlement discussions, or (2) an initial status conference. To date, no such letter has been filed.

The parties shall submit their joint letter no later than February 6, 2023. Failure to do so may result in dismissal of this action for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

SO ORDERED.

Dated:     January 23, 2023
            New York, New York

Ronnie Abrams
United States District Judge