UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSHUA ADAMS,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　　v.<br><br>GOPHER GROUP LLC, DELICE & SARRASIN LLC, and 20 CHRISTOPHER STREET LLC,<br><br>　　　　　　　　　　Defendants. | No. 22-cv-7004 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

　　On August 24, 2022, the Court ordered the parties to meet and confer regarding settlement within 30 days of service of the summons and complaint, and within 45 days, to submit a joint letter requesting either (1) referral to mediation or a magistrate judge, or (2) an initial status conference. The summons and complaint were served on September 20, 2022. On February 6, 2023, the parties filed a letter indicating that they had begun initial settlement discussions, but that Defendants were still investigating the matter. The parties also indicated their preference for mediation through the Court-annexed Mediation Program, but did not request to be referred at the time. On March 8, 2023, with leave of Court, Plaintiff filed a Second Amended Complaint adding 20 Christopher Street LLC as a defendant, as well as additional factual allegations. No further activity has taken place on the docket.

　　The parties are ordered to submit a joint letter no later than April 27, 2023, updating the Court as to the status of this action, and requesting either (1) referral to mediation or (2) an initial status conference. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:　　April 17, 2023
　　　　　 New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　 _____
　　　　　　　　　　　　　　　　　　　　　　　　　　 Ronnie Abrams
　　　　　　　　　　　　　　　　　　　　　　　　　　 United States District Judge