UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSHUA ADAMS,

                Plaintiff,

              v.

GOPHER GROUP LLC, DELICE & SARRASIN LLC, and 20 CHRISTOPHER STREET LLC,

                Defendants.

No. 22-cv-7004 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

      This action was closed on April 20, 2023 after the parties represented that they had reached a settlement in principle. On May 17, 2023, Plaintiff requested to reopen the case, stating: "[T]he tenant has left the subject property, most crucially, before consummation of the settlement agreements thereof. In that event, it becomes necessary to continue adjudication of this matter against the landlord Defendant forthwith." ECF No. 40. The Court thus reopened this case, and ordered the parties to file a joint letter, no later than June 7, 2023, proposing next steps in this action, including but not limited to whether the parties would like a referral to the Mediation Program or an initial status conference.

      No letter has been filed to date. The parties shall file this letter by July 17, 2023. Failure to do so will result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    July 10, 2023
            New York, New York

                                                  Ronnie Abrams
                                                  United States District Judge