UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

**Joshua Adams**,                                                                Civil Action No.

                Plaintiff,                                              1:22-cv-07004-RA

  -against-

**Delice & Sarrasin LLC,** and                                    JOINT STIPULATION OF
**20 Christopher Street LLC,**                                  DISMISSAL WITHOUT PREJUDICE

                Defendants.
_____x

Plaintiff, and Defendants, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action without prejudice and, except as otherwise agreed in writing and signed by the parties in this action, each party shall bear its respective fees and costs.

Dated: July 12th 2023

By: /s/ _Maria-Costanza Barducci_                    By: /s/ _Paul Liggieri_
    Maria-Costanza Barducci, Esq.                        Paul Liggieri
    BARDUCCI LAW FIRM PLLC.                          L & D LAW P.C.
    5 West 19th St., 10th Fl.                                    11 Broadway
    New York, NY 10011                                         Suite 615
    Telephone: (212) 433-2554                               New York, NY 10004
    mc@barduccilaw.com                                      212-374-9786
    *Attorneys for Plaintiff*                                        Paul@ldlawpc.com
                                                                  *Attorneys for Defendants*

cc: Via CM/ECF